**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFS MORTGAGE LOAN TRUST 2001-2, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-2, | : No. 256 WAL 2014<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| Respondent | |
| v. | |
| MARLENE THROWER, | |
| Petitioner | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.